UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN - 6 2014

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

---

CARLOS E. CÁRDENAS,

> Plaintiff,

v.

OFFICER T. TUBBS, *et al.*,

> Defendants.

---

No. 11-cv-1685-EGS-AK

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and in accordance with a settlement agreement among the parties, plaintiff Carlos Cárdenas hereby dismisses with prejudice his claims against all remaining defendants, each party to bear its own costs; *provided, however,* that the Court retains jurisdiction to consider, as a collateral matter, a consent motion for expungement of plaintiff's arrest records.

May 21, 2014

Respectfully submitted,

/s/ *Arthur B. Spitzer*
Arthur B. Spitzer (D.C. Bar No. 235960)
Frederick V. Mulhauser (D.C. Bar No. 455377)
American Civil Liberties Union of the Nation's Capital
4301 Connecticut Ave., N.W., Suite 434
Washington, DC 20008
Tel: (202) 457-0800
Fax: (202) 457-0805
artspitzer@aclu-nca.org
fmulhauser@aol.com

*Counsel for Plaintiff*

/s/ *Gerard J. Stief*
Gerard J. Stief  (D.C. Bar No. 925933)
Chief Counsel—Appeals & Special Litigation
Washington Metropolitan Area Transit Authority

600 Fifth Street, NW.
Washington, D.C.  20001
Tel. 202-962-1463
Fax 202-962-2550
gstief@wmata.com

*Counsel for Defendants*

APPROVED AND SO ORDERED

_____, 2014

Emmet G. Sullivan
United States District Judge